# Court of Appeals
# of the State of Georgia

ATLANTA,   August 28, 2013   

*The Court of Appeals hereby passes the following order:*

**A13A2052.  GRIFFIN et al. v. THE CALLINS FIRM et al.**

The appeal of the above-referenced case was docketed on June 20, 2013, and the appellant was notified that his enumerations of error and brief were due within 20 days of docketing (*i.e.*, by July 10, 2013). As of August 22, 2013, appellant has failed to file his enumerations of error and brief, and he has not moved for an extension of time in which to file. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), this appeal is hereby DISMISSED. *See Lambros v. Longiotti*, 189 Ga. App. 837 (378 SE2d 416) (1989).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/28/2013   
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*